# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KENDRICK A. ROBINSON, SR.**                                                                **PLAINTIFF**

**V.**                          **CASE NO.  4:22-cv-00604 JM**

**FREDDIE BUSH, Owner, In The Cut**
**Barbershop, McCain Mall Suite**
**Leaser a/k/a Marvin**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 12th day of July, 2022.

_____
UNITED STATE DISTRICT JUDGE